DECISIONS PER CURIAM, FROM MARCH 1, 1920, TO AND INCLUDING APRIL 19, 1920, NOT INCLUDING ACTION ON PETITIONS FOR WRITS OF CERTIORARI.

No. 418. PRUDENTIAL INSURANCE COMPANY OF AMERICA v. ROBERT T. CHEEK. Error to the Supreme Court of the State of Missouri. Motion to dismiss submitted March 1, 1920. Decided March 8, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Schlosser* v. *Hemphill*, 198 U. S. 173, 175; *Louisiana Navigation Co.* v. *Oyster Commission of Louisiana*, 226 U. S. 99, 101; *Grays Harbor Co.* v. *Coats-Fordney Co.*, 243 U. S. 251, 255; *Bruce* v. *Tobin*, 245 U. S. 18, 19. Mr. *Samuel W. Fordyce, Jr.*, and Mr. *Thomas W. White* for plaintiff in error. Mr. *Frederick H. Bacon* for defendant in error.

No. 669. GULF & SHIP ISLAND RAILROAD COMPANY ET AL. v. CARL BOONE ET AL., ETC. Error to the Supreme Court of the State of Mississippi. Motion to dismiss or affirm submitted March 1, 1920. Decided March 8, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *McCorquodale* v. *Texas*, 211 U. S. 432; *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.*, 228 U. S. 326, 334; *St. Louis & San Francisco R. R. Co.* v. *Shepherd*, 240 U. S. 240, 241; *Bilby* v. *Stewart*, 246 U. S. 255, 257. Mr. *T. J. Wills* and Mr. *B. E. Eaton* for plaintiffs in error. Mr. *George Anderson* for defendants in error.